Roberto **HERRERA, Plaintiff–Appellant,**

v.

**PERRY, individual and official capacity; et al., Defendants–Appellees.**

No. 14–56003.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2015.*

Filed Dec. 16, 2015.

Roberto Herrera, Corcoran, CA, pro se.

Wendy Shapero, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendants–Appellees.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Roberto Herrera, a California state prisoner, appeals pro se from the district court's judgment in his 42 U.S.C. § 1983 action alleging that defendants violated his constitutional rights in obtaining a state court criminal conviction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Guerrero v. Gates,* 442 F.3d 697, 703 (9th Cir.2006) (dismissal under Fed.R.Civ.P. 12(b)(6)); *Whitaker v. Garcetti,* 486 F.3d 572, 579 (9th Cir.2007) (dis-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

missal under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994)). We affirm.

The district court properly dismissed Herrera's action for damages as *Heck*-barred because if successful, his claims would necessarily imply the invalidity of his conviction, and Herrera has not demonstrated that his conviction has been overturned. *See Heck*, 512 U.S. at 486–87, 114 S.Ct. 2364 (the district court must dismiss a damages action, which, if successful, would necessarily imply the invalidity of a conviction, absent a showing that the conviction has been overturned).

Herrera's motion for copies of certain district court documents, filed on March 16, 2015, is denied as moot.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.